UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08 CR 343

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT CARL STOKES | ) |

### AFFIDAVIT OF ROBERT CARL STOKES

ROBERT CARL STOKES, after being first duly sworn, deposes and says as follows:

1. I, ROBERT CARL STOKES, am over the age of eighteen, and I am competent to provide this Affidavit based on personal knowledge, except for those matters on information and belief, and as to those matters, I believe them to be true.

2. Kieran J. Shanahan and Shanahan Law Group have been my Counsel of choice since 2006 and it is my strong and sincere desire to have them continue to represent me.

3. As part of a written engagement letter agreement with the Shanahan Law Group, I need to pay $250,000.00 for my defense of the Indictment against me.

4. Without immediate access to the $250,000.00 of funds due to on 12/15/08 to the Blease Company, Inc.("Blease") from Gilman Insurance Services, Inc. ("GIS") I will not be able to secure the services of Kieran J. Shanahan and Shanahan Law Group who are my Counsel of Choice in the above-styled matter. Blease has agreed to lend these funds to me for the sole and specific purpose of paying for my legal defense in the above referenced case.

5. I do not have assets of my own sufficient to meet my financial obligation to my defense counsel. My home has a mortgage of approximately $565,000.00, and it is, in any event, an asset I own jointly with my wife. Likewise, the "beach property" referred to in the

Government's filing is a vacant lot and is also owned jointly with my wife. Finally, the Hallmart office building has approximately a $78,000.00 mortgage and is owned jointly by me and my wife.

FURTHER AFFIANT SAYETH NOT.
This the 19 day of December, 2008.

_Robert Carl Stokes_
ROBERT CARL STOKES

SWORN TO AND SUBSCRIBED BEFORE ME
This the 19th day of December, 2008.

_Wendy A. Putnam_
Notary Public

My Commission Expires: 9-18-2013